UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ARUNAVA (RON) SANYAL, | ) | **JUDGMENT** |
|     Plaintiff, | ) | |
| | ) | No. 5:10-CV-384-H |
| v. | ) | |
| | ) | |
| CAPITAL AREA SOCCER | ) | |
| LEAGUE, INC. (CASL), ERIC | ) | |
| HENDRICKS, and ZANA SUGG, | ) | |
|     Defendants. | ) | |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration of plaintiff's motion to remand.**

**IT IS ORDERED, ADJUDGED AND DECREED plaintiff's motion to remand is granted and the remaining claims in this matter are hereby remanded to the Superior Court of Wake County, North Carolina.**

This Judgment Filed and Entered on October 13, 2011 with service on:

John L. Milholland, IV (via cm/ecf Notice of Electronic Filing)
Randall D. Avram (via cm/ecf Notice of Electronic Filing)
Lorrin Freeman, Clerk Superior Court (via US Mail) P. O Box 351, Raleigh, NC 27602-0351

Date: October 13, 2011

                                              DENNIS P. IAVARONE, CLERK
                                              /s/ Delsia Heath
                                              (By): Delsia Heath, Deputy Clerk